UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
on behalf of its agency,
U.S. SMALL BUSINESS
ADMINISTRATION,

        NO. CIV. S-13-1158 LKK/EFB

    Plaintiff,

  v.

        O R D E R

EDF RESOURCE CAPITAL, INC. and
REDEMPTION RELIANCE, LLC,

    Defendants.
_____/

    Pending before the court in the above-captioned case are (i) proposed intervenor Frank F. Dinsmore's motion to intervene, (ii) Mr. Dinsmore's motion for a hearing before a district court judge, (iii) defendants' motion for a hearing before a district court judge, and (iv) an initial scheduling conference. All of these are currently set to be heard on September 9, 2013. (ECF Nos. 62, 68, 70, 80.)

    For administrative reasons, the hearings on these motions and the scheduling conference will be CONTINUED until September 23,

1

1  2013 at 10:00 a.m.  The deadlines for filing oppositions to these
2  motions (August 26, 2013) and replies, if any (September 3, 2013),
3  remain unchanged. The deadline for filing status reports is changed
4  to September 9, 2013.
5      IT IS SO ORDERED.
6      DATED:   August 13, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT