KURT A. KAPPES – SBN 146384
STEPHEN E. PAFFRATH - SBN 195932
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
kappesk@gtlaw.com
paffraths@gtlaw.com

JERRY STOUCK (*admitted pro hac vice*)
DAVID P. CALLET (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC  20037
Telephone:  (202) 331-3100
Facsimile:   (202) 331-3101
stouckj@gtlaw.com
calletd@gtlaw.com

Attorneys for Defendants
EDF Resource Capital, Inc. and
Redemption Reliance, LLC

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, U.S. SMALL BUSINESS ADMINITSTRATION,<br><br>    Plaintiff,<br><br>v.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>    Defendants.<br>EDF RESOURCE CAPITAL, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>BRENT M. CIURLINO,<br><br>    Third-Party Defendant. | CASE NO.  2:13-CV-1158-LKK-EFB<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND HEARING ON PENDING MOTIONS; ORDER<br><br>COURTROOM:  4<br>JUDGE:         Hon. Lawrence K. Karlton<br><br>TRIAL:         Not Set |

1   CASE NO.  2:13-CV-1158-LKK-EFB
STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND HEARING ON PENDING MOTIONS; [PROPOSED] ORDER

WDC 372832620v2

Plaintiff and Counter-Defendant UNITED STATES OF AMERICA; Defendant and Counter-Claimant EDF RESOURCE CAPITAL, INC.; Defendant REDEMPTION RELIANCE, LLC; and Proposed Intervenor, FRANK DINSMORE, through their respective counsel of record, stipulate and agree as follows:

1. On August 14, 2013, the Court entered an Order continuing the initial scheduling conference, the Defendants' motion for a hearing before a district court judge, Mr. Dinsmore's motion to intervene, and Mr. Dinsmore's motion for a hearing before a district court judge from September 9, 2013 to September 23, 2013.

2. Counsel for Defendants has a scheduling conflict with an appellate oral argument in Washington, D.C. on September 23, 2013. All counsel have conferred regarding alternative dates available on the Court's calendar, and have agreed to the rescheduling of the initial scheduling conference and hearing on the pending motions to November 4, 2013 at 10:00 a.m.

3. The deadlines for filing oppositions to these motions (August 26, 2013), and replies, if any (September 3, 2013) will remain unchanged. The deadline for filing status reports is changed to October 21, 2013.

4. Third Party Defendant Brent M. Ciurlino has not yet appeared. Upon his initial appearance in this matter, Defendant and Third Party Complainant EDF RESOURCE CAPITAL, INC. will serve Third Party Defendant with an executed copy of this stipulation and [proposed] order.

DATED:  August 23, 2013                         GREENBERG TRAURIG, LLP

                                                By  /s/ Jerry Stouck
                                                    Kurt A. Kappes
                                                    Jerry Stouck
                                                    David P. Callet
                                                    Stephen E. Paffrath
                                                    Attorneys for Defendants
                                                    EDF Resource Capital, Inc. and
                                                    Redemption Reliance, LLC

2     CASE NO.  2:13-CV-1158-LKK-EFB
STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND HEARING ON PENDING MOTIONS; [PROPOSED] ORDER

WDC 372832620v2

DATED:  August 23, 2013				UNITED STATES OF AMERICA


						By  /s/ David S. Klontz
						David S. Klontz
						Attorneys for Plaintiff
						United States of America
						Small Business Administration


DATED:  August 23, 2013				BRADLEY ARANT BOULT CUMMINGS, LLP


						By  /s/ Stephen R. Spivack
						Stephen R. Spivack
						Attorneys for Proposed Intervenor
						Frank F. Dinsmore


## **ORDER**

IT IS SO ORDERED.


Dated:  August 23, 2013.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

3           CASE NO.  2:13-CV-1158-LKK-EFB
STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND HEARING ON PENDING MOTIONS; [PROPOSED] ORDER

WDC 372832620v2