UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, U.S. SMALL BUSINESS ADMINISTRATION,<br><br>        Plaintiff,<br><br>  v.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>        Defendants. | No.  CIV. S-13-1158 LKK/EFB<br><br>**ORDER** |

Pending before the court in the above-captioned case are (i) proposed intervenor Frank F. Dinsmore's motion to intervene (ECF No. 68), (ii) Mr. Dinsmore's motion for a hearing before a district court judge (ECF No. 70), (iii) defendants' motion for a hearing before a district court judge (ECF No. 62), (iv) defendants' motion for a hearing pursuant to 28 U.S.C. § 3191(d)(1) (ECF No. 63), (v) plaintiff's motion to dismiss (ECF No. 90), and (vi) an initial scheduling conference. All of these are currently set to be heard on November 4, 2013. (ECF No. 85.)

1

On October 1, 2013, plaintiff United States of America (on behalf of the U.S. Small Business Administration ("SBA")) filed a motion for stay on the grounds that (i) funding has lapsed for most Executive branch agencies, and (ii) absent an appropriation, Department of Justice attorneys and SBA employees are apparently prohibited from working on this case. In its moving papers, plaintiff also noted that "[c]ounsel for defendants has authorized the undersigned counsel to state that that the defendants have no objection to this motion."

In light of the foregoing, the court hereby orders as follows:

[1] All hearing dates, filing dates, and the scheduling conference in this matter are VACATED.

[2] When plaintiff's employees and its counsel are permitted to resume their duties in this case, the parties (including proposed intervenor Frank F. Dinsmore) are DIRECTED to meet-and-confer and submit a joint stipulation setting forth a proposed schedule for (i) hearings on the pending motions, (ii) submission of any opposition or reply briefs that remain due on these motions, and (iii) the initial scheduling conference herein.

IT IS SO ORDERED.

DATED: October 8, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT