STUART F. DELERY
Assistant Attorney General
J. CHRISTOPHER KOHN
ROBERT E. KIRSCHMAN, JR.
DAVID S. KLONTZ
VICTOR W. ZHAO
Commercial Litigation Branch, Civil Division
United States Department of Justice
P. O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0958
Facsimile: (202) 514-9163
Victor.W.Zhao@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Kelli.L.Taylor@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Plaintiff,<br><br>vs.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>Defendants. | CASE NO. 2:13-cv-1158 LKK EFB<br><br>Amended Stipulation On Revised And Agreed Deadlines And Hearing Dates; Order<br><br>COURTROOM: 4<br>JUDGE: Hon. Lawrence K. Karlton |

Plaintiff and Counter-Defendant United States of America; Defendant, Counter-Claimant and

Third Party Claimant EDF Resource Capital, Inc. (EDF); Defendant Redemption Reliance, LLC

AMENDED STIPULATION AS TO SCHEDULING

1

(Redemption, collectively with EDF and United States, "Current Parties"); Third-Party Defendant Brent M. Ciurlino; and Proposed Intervenor, Frank Dinsmore, through their respective counsel of record, stipulate and agree as follows:

1. On October 9, 2013, the Court issued an order, directing the parties to meet and confer and submit a joint stipulation setting forth a proposed schedule for (i) hearings on the pending motions, (ii) submission of any opposition or reply briefs that remain due on these motions, and (iii) the initial scheduling conference herein.

2. On October 28, 2013, the above-referenced parties met and conferred telephonically pursuant to the Court's order and have agreed on the following schedule, if permitted by the Court.

| Date / Deadline | Item |
| --- | --- |
| February 10, 2014 | Hearing on the following procedural motions: (i) Mr. Dinsmore's motion to intervene [ECF No. 68]; (ii) Mr. Dinsmore's motion for a hearing before a district court judge [ECF No. 70]; and (iii) EDF and Redemption's motion for a hearing before a district court judge [ECF No. 62] |
| February 17, 2014 | Mr. Ciurlino must answer or otherwise respond to EDF's third-party claim |
| March 3, 2014 | EDF must file its opposition, if any, to United States' motion to dismiss [ECF No. 90]; EDF must file its opposition, if any, to Mr. Ciurlino's motion to dismiss, if applicable |
| March 10, 2014 | United States must file its reply, if any, in support of its motion to dismiss [ECF No. 90]; Mr. Ciurlino must file his reply, if any, in support of his motion to dismiss, if applicable |
| March 17, 2014 | Hearing on United States' motion to dismiss [ECF No. 90] and, if applicable, Mr. Ciurlino's motion to dismiss |
| March 31, 2014 | Remaining parties must submit status reports pursuant to Order Setting Status Conference [ECF No. 49] at ¶ 8; remaining parties must submit joint discovery report pursuant to Fed. R. Civ. P. 26(f) |
| April 14, 2014 | Status Hearing |

AMENDED STIPULATION AS TO SCHEDULING

2

| | |
|---|---|
| 1  DATED: October 30, 2013 | STUART F. DELERY<br>Assistant Attorney General |

Of Counsel
Eric Benderson
Gary Fox
Christine Nell
Office of the General Counsel
Small Business Administration

By: /s/ Victor W. Zhao
J. Christopher Kohn
Robert E. Kirschman, Jr.
David S. Klontz
Victor W. Zhao
Commercial Litigation Branch, Civil Division
United States Department of Justice

ATTORNEYS FOR THE UNITED STATES

DATED: October 30, 2013

GREENBERG TRAURIG, LLP

By: /s/ Jerry Stouck
Kurt A. Kappes
Jerry Stouck
David P. Callet
Stephen E. Paffrath

ATTORNEYS FOR DEFENDANTS
EDF RESOURCE CAPITAL, INC. AND
REDEMPTION RELIANCE, LLC

DATED: October 30, 2013

BRADLEY ARANT BOULT CUMMINGS, LLP

Of Counsel
James P. Mayo
SEGAL & KIRBY LLP

By: /s/ Stephen R. Spivack
Stephen R. Spivack
Daniel P. Golden

ATTORNEYS FOR PROPOSED INTERVENOR
FRANK F. DINSMORE

DATED: October 30, 2013

US SMALL BUSINESS ADMINISTRATION

By: /s/ Erika V. Hoppes
Erika V. Hoppes

ATTORNEY FOR BRENT M. CIURLINO

# ORDER

The scheduling conference will be held on April 14, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 30, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

AMENDED STIPULATION AS TO SCHEDULING

3