IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Plaintiff,<br><br>vs.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>Defendants.<br><br>AND RELATED CROSS_ACTIONS | CASE NO. 2:13-cv-1158 JAM EFB<br><br>ORDER CONTINUING STAY OF PENDING MOTIONS AND REQUIRING A FURTHER STATUS REPORT BE FILED BY JUNE 15, 2017 |

Upon review of the parties' stipulation and good cause appearing, it is ordered that:

1. That stay of all actions on any pending motions is continued (ECF 101), including the Motion to Intervene by Frank Dinsmore (ECF 68) and the Motion to Dismiss Counterclaims by the United States (ECF 90), which can be re-noticed if a scheduling order is subsequently needed; and

2. A further status report shall be provided to the Court by June 15, 2017 if a dismissal has not been filed by that time.

It is so ORDERED

DATED:  3/15/2017

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge