IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Plaintiff,<br><br>vs.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 2:13-cv-1158 JAM EFB<br><br>[PROPOSED] ORDER CONTINUING STAY OF PENDING MOTIONS AND REQUIRING A FURTHER STATUS REPORT BE FILED BY JUNE 14, 2017 |
|---|---|

Upon review of the parties' stipulation and good cause appearing, it is ordered that:

1. That stay of all actions on any pending motions is continued (ECF 113), including the Motion to Intervene by Frank Dinsmore (ECF 68) and the Motion to Dismiss Counterclaims by the United States (ECF 90), which can be re-noticed if a scheduling order is subsequently needed; and

2. A further status report shall be provided to the Court by June 14, 2018 if a dismissal has not been filed by that time. *The parties should be prepared to move forward on this case if it is not resolved by June 14, 2018 and any further stay requests will be disfavored by the Court.*

It is so ORDERED.

3-15-2018

_As amended_

Hon. John A. Mendez
United States District Court Judge

1