1  CHAD A. READLER
   Acting Assistant Attorney General
2  RUTH A. HARVEY
   KIRK MANHARDT
3  JOHN R. KRESSE
   Commercial Litigation Branch, Civil Division
4  United States Department of Justice
   P. O. Box 875
5  Ben Franklin Station
   Washington, D.C. 20044
6  Telephone: (202) 616-2238
   Facsimile: (202) 307-0494
7  John.Kresse@usdoj.gov
   Attorneys for Plaintiff
8  United States of America and
   Third-Party Defendant Brent M. Ciurlino

9
   JERRY STOUCK (*admitted pro hac vice*)
10 KURT A. KAPPES, SBN 146384
   MICHAEL D. LANE, SBN 239517
11 GREENBERG TAURIG, LLP
   1201 K Street, Suite 1100
12 Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
13 Facsimile: (916) 448-1709
   stouckj@gtlaw.com
14 kappesk@gtlaw.com
   lanemd@gtlaw.com
15
   Attorneys for Defendant and Third-Party Plaintiff
16 EDF Resource Capital, Inc. and Defendant Redemption Reliance,
   LLC

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, the U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Plaintiff,<br><br>vs.<br><br>EDF RESOURCE CAPITAL, INC. and REDEMPTION RELIANCE, LLC,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 2:13-cv-1158 JAM EFB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED and agreed by and between the United States of America, on behalf of the Plaintiff U.S. Small Business Administration (SBA), Third-Party Defendant Brent M. Ciurlino, Defendant, Counter-Claimant and Third-Party Plaintiff EDF Resource Capital, Inc. (EDF) and Defendant Redemption Reliance, LLC (collectively the Parties) as follows: |

IT IS HEREBY STIPULATED and agreed by and between the United States of America, on behalf of the Plaintiff U.S. Small Business Administration (SBA), Third-Party Defendant Brent M. Ciurlino, Defendant, Counter-Claimant and Third-Party Plaintiff EDF Resource Capital, Inc. (EDF) and Defendant Redemption Reliance, LLC (collectively the Parties) as follows:

1. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate as follows:
   a. Each claim, counterclaim, or cross-claim brought by any of the Parties and Frank F. Dinsmore (Dinsmore) in the above-captioned case is hereby dismissed with prejudice, with all sides bearing their own attorneys' and experts' fees and all costs.
   b. On August 25 and 27, 2015, Dinsmore and the Parties executed a Settlement Agreement – Civil Action in the above-captioned case (the Settlement Agreement). This dismissal is subject to the terms of the Settlement Agreement, including the scope of the releases contained in the Settlement Agreement.

IT IS SO STIPULATED

DATED: June 29, 2018

CHAD A. READLER
Acting Assistant Attorney General

By: /s/ John R. Kresse
RUTH A. HARVEY
KIRK MANHARDT
JOHN R. KRESSE

ATTORNEYS FOR THE UNITED STATES ON BEHALF OF THE SMALL BUSINESS ADMINISTRATION AND FOR BRENT M. CIURLINO

| | | |
|---|---|---|
| 1 | DATED: June 29, 2018 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | By: /s/ Jerry Stouck |
| | | Jerry Stouck |
| 4 | | Kurt A. Kappes |
| | | Michael D. Lane |
| 5 | | |
| | | Attorneys for Defendants |
| 6 | | EDF Resource Capital, Inc. |
| | | and Redemption Reliance, LLC |
| 7 | | |
| 8 | DATED: June 29, 2018 | BRADLEY ARANT BOULT CUMMINGS, LLP |

By: /s/ Stephen R. Spivack
Stephen R. Spivack

Attorney for Proposed Intervenor
Frank Dinsmore

It is so ORDERED

DATED: 6/29/2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge